# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                          Case Number: 08 cv 2693

Thompson's Gas & Electric Services, Inc., et al
vs.
BP Products North America, Inc., et al


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs-Thompson Gas & Electric Service, Inc., et al


| NAME (Type or print) |
| --- |
| Stephen W. Heil |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stephen W. Heil |
| FIRM |
| Cray Huber Horstman Heil & VanAusdal LLC |
| STREET ADDRESS |
| 303 W. Madison St. Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6204266 | (312-332-8450 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

    The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Notice was filed on May 13, 2008 with the clerk of the court using the CM/ECF system, which will send notice to counsel of record.

/s/ Stephen W. Heil
Stephen W. Heil