IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMPSON'S GAS & ELECTRIC SERVICE, INC., a Maryland corporation, REGIONS PROPANE-ALABAMA, LLC, an Alabama Limited Liability Company, SUBURBAN GAS PROPANE PARTNERS, LLC, a Maryland Limited Liability Company, SHELBY PROPANE GAS COMPANY, INC., an Alabama corporation, and DEUPREE GAS, INC., an Alabama corporation,<br><br>        Plaintiffs,<br>v.<br><br>BP PRODUCTS NORTH AMERICA, INC., DONALD CAMERON BYERS, MARTIN MARZ, JAMES SUMMERS, MARK RADLEY, DENNIS ABBOTT, and CODY CLABORN,<br><br>        Defendants. | Case No. 08-CV-2693<br><br>Judge James B. Moran<br><br>Magistrate Judge Arlander Keys |

**AGREED MOTION FOR EXTENSION OF TIME FOR
DONALD CAMERON BYERS TO ANSWER OR
<u>OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT</u>**

Defendant Donald Cameron Byers brings this agreed motion for an extension of time to answer, move or otherwise respond to plaintiffs' complaint.

**I.** On May 12, 2008, plaintiffs sent a copy of their complaint and Notice of Waiver of Service of Summons to Mr. Byers. On June 5, 2008, Mr. Byers returned the Notice of Waiver of Service of Summons. Mr. Byers' answer or response to plaintiffs' complaint is currently due on July 11, 2008.

**II.** Other defendants in the case, including Defendant BP Products North America, Inc., have yet to be served.

**III.** Plaintiffs have agreed to an extension for Mr. Byers to file an answer or otherwise respond to the complaint until thirty (30) days after all parties have been served, subject to (a) any further agreement that may be entered into between plaintiffs and defendants regarding an answer or response to the complaint or to any amended complaint, and (b) the approval of this Court.

Accordingly, Mr. Byers respectfully asks this Court to grant the parties' agreed motion.

Dated: June 25, 2008

 /s/ Michael L. McCluggage  
Michael L. McCluggage  
Tracy A. Hannan  
Wildman, Harrold, Allen & Dixon LLP  
225 West Wacker Drive  
Suite 3000  
Chicago, Illinois 60606  
    Telephone:  
        (312) 201-2548  
Facsimile:     (312) 416-4769  

*Attorneys for Defendant Donald Cameron Byers*

_____  
Stephen W. Heil  
John P. Palumbo  
Cray Huber Horstman Heil & VanAusdal LLC  
303 West Madison Street  
Suite 2200  
Chicago, Illinois 60606  
Telephone:     (312) 332-8450  
Facsimile:     (312) 332-8451  

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|   |   |
|---|---|
| THOMPSON'S GAS & ELECTRIC SERVICE, INC., a Maryland corporation, REGIONS PROPANE-ALABAMA, LLC, an Alabama Limited Liability Company, SUBURBAN GAS PROPANE PARTNERS, LLC, a Maryland Limited Liability Company, SHELBY PROPANE GAS COMPANY, INC., an Alabama corporation, and DEUPREE GAS, INC., an Alabama corporation,<br><br>        Plaintiffs,<br>v.<br><br>BP PRODUCTS NORTH AMERICA, INC., DONALD CAMERON BYERS, MARTIN MARZ, JAMES SUMMERS, MARK RADLEY, DENNIS ABBOTT, and CODY CLABORN,<br><br>        Defendants. | Case No. 08-CV-2693<br><br>Judge James B. Moran<br><br>Magistrate Judge Arlander Keys |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR
EXTENSION OF TIME FOR DONALD CAMERON BYERS TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Upon due consideration of Defendant Donald Cameron Byers' agreed motion for an extension of time to answer or otherwise respond to plaintiffs' complaint until all parties are served;

IT IS HEREBY ORDERED AND DECREED THAT defendant Byers' agreed motion is GRANTED.

_____
HON. MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I caused a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR DONALD CAMERON BYERS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** and **[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DONALD CAMERON BYERS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** to be filed electronically and a true and correct copy served upon the following counsel of record in the manner indicated:

**By Operation of the Court's ECF System**

Stephen W. Heil
John P. Palumbo
Cray Huber Horstman Heil & VanAusdal LLC
303 West Madison Street
Suite 2200
Chicago, Illinois 60606

                                                /s/ Michael McCluggage
                                                  Michael McCluggage