IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| THOMPSON'S GAS & ELECTRIC SERVICE, INC., a Maryland corporation, REGIONS PROPANE-ALABAMA, LLC, an Alabama Limited Liability Company, SUBURBAN GAS PROPANE PARTNERS, LLC, a Maryland Limited Liability Company, SHELBY PROPANE GAS COMPANY, INC., an Alabama corporation, and DEUPREE GAS, INC., an Alabama corporation,<br><br>Plaintiffs,<br>v.<br><br>BP PRODUCTS NORTH AMERICA, INC., DONALD CAMERON BYERS, MARTIN MARZ, JAMES SUMMERS, MARK RADLEY, DENNIS ABBOTT, and CODY CLABORN,<br><br>Defendants. | Case No. 08-CV-2693<br><br>Judge James B. Moran<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

TO:    Stephen W. Heil
John P. Palumbo
Cray Huber Horstman Heil & VanAusdal LLC
303 West Madison Street
Suite 2200
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on July 3, 2008, at 9:15 A.M., or as soon thereafter as counsel may be heard, counsel for Defendant Donald Cameron Byers shall appear before the Honorable Judge Milton I. Shadur, or any Judge or Magistrate Judge sitting in his stead, in the courtroom normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then present

the concurrently filed **AGREED MOTION FOR EXTENSION OF TIME FOR DONALD CAMERON BYERS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** which was filed with the Court and served on counsel of record on June 25, 2008.

DATED:    June 25, 2008                    Respectfully submitted,

                                                /s/ Michael L. McCluggage
Michael L. McCluggage
Tracy A. Hannan
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone:    (312) 201-2548
Facsimile:      (312) 416-4769

*Attorneys for Defendant Donald Cameron Byers*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed electronically and a true and correct copy served upon the following counsel of record in the manner indicated:

**By Operation of the Court's ECF System**

Stephen W. Heil
John P. Palumbo
Cray Huber Horstman Heil & VanAusdal LLC
303 West Madison Street
Suite 2200
Chicago, Illinois 60606


/s/ Michael McCluggage
Michael McCluggage