# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08-CV-2693

THOMPSON'S GAS & ELECTRIC SERVICE, INC., et al.
v. BP PRODUCTS NORTH AMERICA, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Donald Cameron Byers

| |
|---|
| NAME (Type or print)<br>Paul Olszowka |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul Olszowka |
| FIRM<br>Wildman, Harrold, Allen & Dixon, LLP |
| STREET ADDRESS<br>225 W. Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291267 | TELEPHONE NUMBER<br>312-201-2000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be filed electronically and a true and correct copy served upon all parties of record via operation of the Court's ECF system.

/s/ Paul Olszowka
Paul Olszowka