**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THOMPSON'S GAS & ELECTRIC SERVICE, INC., a Maryland corporation, REGIONS PROPANE-ALABAMA, LLC, an Alabama Limited Liability Company, SUBURBAN GAS PROPANE PARTNERS, LLC, a Maryland Limited Liability Company, SHELBY PROPANE GAS COMPANY, INC., an Alabama corporation, and DEUPREE GAS, INC., an Alabama corporation, ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| v.  ) | Case No.  08 CV 2693 |
| ) | |
| BP PRODUCTS NORTH AMERICA, INC., DONALD CAMERON BYERS, MARTIN MARZ, JAMES SUMMERS, MARK RADLEY, DENNIS ABBOTT and CODY CLABORN, ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF'S  DISCLOSURE STATEMENT**

Plaintiff, SUBURBAN GAS PROPANE PARTNERS, LLC, by and through its attorneys, STEVE HEIL and JOHN PALUMBO of CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC, set forth pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 the following disclosures:

Suburban Gas Propane Partners, LLC is a Maryland Limited Liability Company. Suburban Gas Propane Partners, LLC does not have any parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Respectfully submitted,

/s/John P. Palumbo
John P. Palumbo

        Stephen W. Heil
        John P. Palumbo
        CRAY HUBER HORSTMAN HEIL
        & VanAUSDAL LLC
        303 West Madison Street, Suite 2200
        Chicago, IL 60606
        Telephone: (312) 332-8450
        Fax: (312) 332-8451

        COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 31, 2008**, I electronically filed this **Disclosure Statement** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

# Mailing Information for a Case 1:08-cv-02693

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tracy A. Hannan**
  hannan@wildman.com,ecf-filings@wildman.com,kubas@wildman.com
- **Stephen W. Heil**
  swh@crayhuber.com,kristi@crayhuber.com
- **Michael Lee McCluggage**
  mccluggage@wildmanharrold.com,radziwon@wildmanharrold.com,ecf-filings@wildmanharrold.com
- **Paul T. Olszowka**
  olszowka@wildman.com,ecf-filings@wildman.com,weld@wildman.com
- **John P Palumbo**
  jpp@crayhuber.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

/s/John P. Palumbo
   John P. Palumbo

Stephen W. Heil
John P. Palumbo
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, IL 60606
Telephone:  (312) 332-8450
Fax:  (312) 332-8451

COUNSEL FOR PLAINTIFF