## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THOMPSON'S GAS & ELECTRIC SERVICE, INC., a Maryland corporation, REGIONS PROPANE-ALABAMA, LLC, an Alabama Limited Liability Company, SUBURBAN GAS PROPANE PARTNERS, LLC, a Maryland Limited Liability Company, SHELBY PROPANE GAS COMPANY, INC., an Alabama corporation, and DEUPREE GAS, INC., an Alabama corporation,<br><br>     Plaintiffs,<br> v.<br><br>BP PRODUCTS NORTH AMERICA, INC., DONALD CAMERON BYERS, MARTIN MARZ, JAMES SUMMERS, MARK RADLEY, DENNIS ABBOTT and CODY CLABORN,<br><br>     Defendants. | Case No.   08 CV 2693 |

### PLAINTIFF'S DISCLOSURE STATEMENT

Plaintiff, REGIONS PROPANE-ALABAMA, LLC, by and through its attorneys, STEVE HEIL and JOHN PALUMBO of CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC, set forth pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 the following disclosures:

Regions Propane-Alabama, LLC is an Alabama Limited-Liability Company.  Regions Propane-Alabama, LLC does not have any parent corporation and no publicly held corporation owns 10 percent or more of its stock.

             Respectfully submitted,

             /s/John P. Palumbo
              John P. Palumbo

> Stephen W. Heil
> John P. Palumbo
> CRAY HUBER HORSTMAN HEIL
> & VanAUSDAL LLC
> 303 West Madison Street, Suite 2200
> Chicago, IL 60606
> Telephone: (312) 332-8450
> Fax: (312) 332-8451
>
> COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 31, 2008**, I electronically filed this **Disclosure Statement** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

# Mailing Information for a Case 1:08-cv-02693

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tracy A. Hannan**
  hannan@wildman.com,ecf-filings@wildman.com,kubas@wildman.com
- **Stephen W. Heil**
  swh@crayhuber.com,kristi@crayhuber.com
- **Michael Lee McCluggage**
  mccluggage@wildmanharrold.com,radziwon@wildmanharrold.com,ecf-filings@wildmanharrold.com
- **Paul T. Olszowka**
  olszowka@wildman.com,ecf-filings@wildman.com,weld@wildman.com
- **John P Palumbo**
  jpp@crayhuber.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

　　　　　　　　　　　　　　　　　　　　/s/John P. Palumbo
　　　　　　　　　　　　　　　　　　　　　 John P. Palumbo

　　　　　　　　　　　　　　　　　　　　Stephen W. Heil
　　　　　　　　　　　　　　　　　　　　John P. Palumbo
　　　　　　　　　　　　　　　　　　　　CRAY HUBER HORSTMAN HEIL
　　　　　　　　　　　　　　　　　　　　& VanAUSDAL LLC
　　　　　　　　　　　　　　　　　　　　303 West Madison Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 332-8450
　　　　　　　　　　　　　　　　　　　　Fax: (312) 332-8451

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFF